SHIRLEY ROBERTSON v. HUGH A. ROBERTSON.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

ANDREW SALTER v. MOSA HAVIVI.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS PERR and SAM FRIEDMAN.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ELSIE ZAPATA.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

HARRY A. SHARPE v. EMPIRE STATE MUTUAL SALES, INC., et al.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

COMMISSIONER OF WELFARE v. HERMAN RIVERA.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

57TH STREET GARAGE, INC. v. 157 EAST 57TH CORP.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.